ERWIN A. KEITH, Respondent, *v.* CHARLES R. PAYNE, as
   Executor of DANIEL F. PAYNE, Deceased, Appellant.

*Keith* v. *Payne*, 171 App. Div. 882, affirmed.
(Argued May 3, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered October 7, 1915, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant's testator,
in that he negligently maintained near the residence of
the plaintiff in the village of Westport, Essex county,
electric wires and apparatus which were dangerous in
being too near the ground, in that the insulation was
defective and that the wires were not guarded in a care-
ful and reasonable manner, and that the plaintiff, while
lawfully on the land near said wires, came in contact
therewith and was injured. The defendant admitted the
ownership of the wires, but denied every other allegation,
and alleged contributory negligence.

*Edward T. Stokes* for appellant.

*Owen D. Connolly, H. P. Humphrey* and *Frederick
E. Bowen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.